**DISMISS and Opinion Filed June 7, 2023**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

_____

### No. 05-23-00500-CV
_____

### IN RE RORY M. HOGENSON, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068443-C**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

Relator has filed an original petition for writ of habeas corpus seeking relief from the trial court, assistant district attorney, and parole board. We dismiss the petition.

To the extent that relator seeks relief from the parole board or the assistant district attorney, this Court does not have jurisdiction over them in this original proceeding. TEX. GOV'T CODE ANN. § 22.221(b). And, in any event, we do not have jurisdiction to consider post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig.

proceeding) (per curiam). Accordingly, we dismiss this original proceeding for want of jurisdiction.

230500f.p05
/Emily Miskel/

EMILY MISKEL
JUSTICE